United States District Court
Southern District of Texas

**ENTERED**

April 30, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| LAURA SCHMIDT, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | 3:25-cv-337 |
| | § | |
| ASSURED LENDER SERVICES, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On April 7, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 24. Judge Edison filed a memorandum and recommendation on April 9, 2026, recommending that Plaintiff's Motion to Declare Lien Void and Unenforceable, Dkt. 15, be denied. Dkt. 25.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)   Judge Edison's memorandum and recommendation, Dkt. 25, is approved and adopted in its entirety as the holding of the court; and

(2)   The plaintiff's motion to declare lien void and unenforceable, Dkt. 15, is denied.

SIGNED on Galveston Island this 30th day of April 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE