United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| LAURA SCHMIDT, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:25-cv-337 |
| | § | |
| ASSURED LENDER SERVICES, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 7, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 24. Judge Edison filed a memorandum and recommendation on September 22, 2026, recommending that the defendants' motions for summary judgment (Dkts. 31, 32) be granted, and that the plaintiff's motion for summary judgment (Dkt. 42) be denied. Dkt. 43.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 43) is approved and adopted in its entirety as the holding of the court; and

(2) The defendants' motions for summary judgment (Dkts. 31, 32) are granted; and

(3) The plaintiff's motion for summary judgment (Dkt. 42) is denied.

Signed on Galveston Island this 7th day of October, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE